ACCEPTED
01-14-00524-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 1:47:05 PM
CHRISTOPHER PRINE
CLERK

Cause No. 01-14-00524-CV

| | | |
|---|---|---|
| David Grupa | § | IN THE |
|     Appellant, | § | COURT OF APPEALS |
| | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| | § | FOR THE |
| VS | § | 1/2/2015 1:47:05 PM |
| . | § | CHRISTOPHER A. PRINE |
| | § | Clerk |
| Lillie Bassett, et al, | § | FIRST JUDICIAL DISTRICT, |
|     Appellees | § | HOUSTON, TEXAS |

## APPELLEES' SECOND MOTION TO EXTEND TIME TO FILE BRIEF

NOW COMES Appellees **STANLEY E. DICKSON, CAROLYN SPILLER, CLIFFORD DICKSON and JANICE CRADDOCK** seeks an extension of time to file their brief in this appeal and in support would show the Court:

Appellees' response brief is due on January 8, 2015.

Appellees seek an extension of 15 days to file their brief, making the brief due January 23, 2015. Appellees need additional time to file their brief because:

a.) Appellees attorney is a solo practitioner who has had a difficult and busy schedule during the month of December which was also affected by an out of state trip previously planned during the Christmas week.

b.) The undersigned has recently been required to file two new causes of action that required immediate attention as follows: 1.) Kroll et al vs. The Traditions et al; Cause No.: 14-003110-CV-361 that included a Temporary Restraining Order granted on December 19th, 2014 with Order to Mediate immediately; and 2.) Flores et al vs. Roby; Cause No.: 14-003168-CV-272 that was required to be filed (December 22nd, 2014) because of impending Statute of Limitation. Their actions caused the use of time that had not been anticipated.

Appellees have requested one previous extension.

## PRAYER

For the reasons set out herein, Appellees pray the Court grant an extension to file their brief until January 23, 2015.

Respectfully Submitted,

**THE DILLARD LAW FIRM**

By: ___ /s/ Jack W. Dillard _____

                            **JACK W. DILLARD**
                            State Bar No. 05865120
                            P. O. Box 5450
                            Bryan, Texas 77805
                            Telephone No. (979) 775-3910
                            Facsimile No. (979) 485-9809
ATTORNEY FOR APPELLEES, LILLIE BASSETT, et al

## CERTIFICATE OF SERVICE

I certify I have conferred with counsel for Appellant on January 2, 2015 concerning the merits of the foregoing motion. Counsel did not oppose the foregoing motion.

                     ___ /s/ Jack W. Dillard _____
                     **JACK W. DILLARD**
                     ATTORNEY FOR APPELLEES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Appellees' Second Motion to Extend Time* was served in accordance with the Texas Rules of Appellate Procedure on this the 2nd day of January 2015, as follows:

Clint Sare
Tex. Bar No. 00788354
PO Box 1694
Bryan, Texas 77806
*VIA FACSIMILE: 979-822-1365*

                     ___ /s/ Jack W. Dillard _____
                     **JACK W. DILLARD**
                     ATTORNEY FOR APPELLEES